UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAQUEL S. MEJIA, *et al.*,

        Plaintiffs,

   -v-

TIME WARNER CABLE INC.,

        Defendant.
------------------------------------------------------------X

15-CV-6445 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  Pursuant to Federal Rule of Civil Procedure 5.2(d), Section 6.1 of the SDNY Electronic Case Filing Rules & Instructions (June 8, 2015 Edition), and the Protective Order in this action (Dkt. No. 34), Plaintiffs request, with Defendant's consent, to file redacted versions and unredacted versions under seal of their Memorandum of Law; Rule 56.1 Opposition Statement; Declaration of Randall A. Snyder and Exhibits B, E, and F thereto; and Exhibit B to the Declaration of Joshua D. Arisohn, in connection with Plaintiffs' opposition to Defendant's motion for summary judgment.

  This unopposed request is GRANTED. Defendant shall file the un-redacted versions of these documents pursuant to the Clerk of Court's Sealed Records Filing Instructions.

  SO ORDERED.

Dated: January 25, 2017
   New York, New York

               _____
                 J. PAUL OETKEN
                United States District Judge