# EXHIBIT C

**to**

**Declaration of Andrew Prins**

# Transcript of the Testimony of

# **Matt Rateliff**

**Date:** September 10, 2018

**Case:** Leona Hunter v. Time Warner Cable, Inc.

**Bushman Court Reporting**
Jeff Bennett
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONA HUNTER AND ANNE MARIE VILLA, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,
Plaintiffs,

vs. CASE NO. 1:15-CV-06445-JPO

TIME WARNER CABLE, INC.
Defendant.

ORAL DEPOSITION OF MATT RATELIFF

APPEARANCES:

MR. JOSHUA D. ARISOHN, ESQ.
Bursor & Fisher
888 Seventh Street
New York, New York 10019

*** For the Plaintiffs (Via Phone) ***

MR. NICHOLAS L. SCHLOSSMAN, ESQ.
MR. ANDREW D. PRINS, ESQ.
Latham & Watkins, LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304

*** For the Defendant ***

MR. SAMUEL R. BAXTER, ESQ.
Baxter, Jewell & Dobson, P.A.
One Information Way, Suite 210
Little Rock, Arkansas 72202

*** For First Orion ***

ALSO PRESENT: Ronnie Forthmon, Videographer

TAKEN BEFORE Jeff Bennett, Certified Court Reporter, LS Certificate No. 19, Bushman Court Reporting, 620 West Third Street, Suite 302, Little Rock, Arkansas 72201 on September 10, 2018 at Baxter, Jewell & Dobson, P.A., #1 Information Way, Suite 210, Little Rock, Arkansas commencing at 8:59 a.m.

Matt Rateliff 9/10/2018 Leona Hunter v. Time Warner Cable, Inc.
Page 21

Jeff Bennett
Bushman Court Reporting 501-372-5115



Matt Rateliff 9/10/2018 Leona Hunter v. Time Warner Cable, Inc.

Page 22

Jeff Bennett
Bushman Court Reporting 501-372-5115



Matt Rateliff 9/10/2018 Leona Hunter v. Time Warner Cable, Inc.

Page 33

[redacted]

Jeff Bennett
Bushman Court Reporting 501-372-5115



Matt Rateliff 9/10/2018 Leona Hunter v. Time Warner Cable, Inc.
Page 34

Jeff Bennett
Bushman Court Reporting 501-372-5115



Matt Rateliff 9/10/2018 Leona Hunter v. Time Warner Cable, Inc.
Page 38

Jeff Bennett
Bushman Court Reporting 501-372-5115



Matt Rateliff 9/10/2018 Leona Hunter v. Time Warner Cable, Inc.
Page 39

Jeff Bennett
Bushman Court Reporting 501-372-5115





Matt Rateliff 9/10/2018 Leona Hunter v. Time Warner Cable, Inc.

Page 42

Jeff Bennett

Bushman Court Reporting 501-372-5115



Matt Rateliff 9/10/2018 Leona Hunter v. Time Warner Cable, Inc.
Page 67

Jeff Bennett
Bushman Court Reporting 501-372-5115



Matt Rateliff 9/10/2018 Leona Hunter v. Time Warner Cable, Inc.

Page 78

Jeff Bennett

Bushman Court Reporting 501-372-5115



C E R T I F I C A T E

STATE OF ARKANSAS*
ss *
COUNTY OF SALINE *

I, JEFF BENNETT, Certified Court Reporter, a Notary Public in and for the aforesaid county and state, do hereby certify that the witness, MATT RATELIFF, was duly sworn by me prior to the taking of testimony as to the truth of the matters attested to and contained therein; that the testimony of said witness was taken by me in machine shorthand notes and was thereafter reduced to typewritten form by me or under my direction and supervision; that the foregoing transcript is a true and accurate record of the testimony given to the best of my understanding and ability.

In accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript was requested by the deponent or a party thereto.

I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested, or otherwise, in the outcome of this action; and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original deposition transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties to the action.

GIVEN UNDER MY HAND and SEAL OF OFFICE on this 24th day of September, 2018.

_________________________________________
Jeff Bennett, CCR, LS No. 19, Notary
Public in and for Saline County, Arkansas

My Commission expires November 29, 2020.

REPORTER'S CERTIFICATION OF CERTIFIED COPY

I, JEFF BENNETT, LS No. 19, Certified Court Reporter in the State of Arkansas, certify that the foregoing pages 1 through 155 constitute a true and correct copy of the original deposition of MATT RATELIFF taken on September 10, 2018.

I declare under penalty of perjury under the laws of the State of Arkansas that the foregoing is true and correct.

Dated this 24th day of September, 2018.

_______________________________________

Jeff Bennett, CCR, LS No. 19, Notary Public in and for Saline County, Arkansas

My Commission expires November 29, 2020.