**EXHIBIT D**

**Part 2 of 2**

**to**

**Declaration of Andrew Prins**

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                    85

1    mismatch.  So we're only looking at very distinct

2    mismatches.  We're not looking if they have the same

3    last name or the same first name or Bill or Wil or

4    those types of things.  We're trying to eliminate and

5    be conservative about that.  So we get a clear

6    mismatch in the name.  So it really does indicate

7    with a high degree of confidence that the wrong

8    number was called.

9        Q.    I'm sorry.  I have to unpack that a little

10   bit.

11       A.    Okay.

12       Q.    Let's say that Time Warner Cable called its

13   customer on January 1st, 2017.  Okay?  And its

14   customer was Bob Smith.  That's what it says on the

15   call log.  We called Bob Smith, January 1st, 2017.

16   And then let's say we called the customer again on

17   March 15th, 2018.  We still think it's Bob Smith.

18           I believe what you were saying is that

19   through Lexus Nexus, if Bob Smith had relinquished

20   his phone at some time between January 1st, 2017 and

21   March 15th, 2018, Lexus Nexus would tell us there's a

22   different customary user associated with the phone at

23   the time of the March 15 call; right?

24       A.    Yes.

25       Q.    And would Bob Smith still be reported in

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                        86

1    Lexus Nexus as a customary user of the phone, or

2    would the new owner be reported as the customary user

3    of the phone?

4        A.   You can do ranges of dates and request data

5    of certain periods of time.  The issue here is, when

6    did -- the actual person that was called after the

7    number was relinquished by Bob Smith, when did that

8    person start getting called, and you look up that

9    date with that phone number.  And if on that date the

10   first time that person was called, that was the wrong

11   number, shows up as a different person, then you know

12   there was a wrong number called.

13            Perhaps if you went before the date that the

14   person was originally called, which is not really a

15   part of this case because they wouldn't have received

16   a call, so there would be no action.  Sometime before

17   that, you'll get a hit on Bob Smith or the new person

18   or even somebody in between and the number could have

19   been relinquished three times.  So the idea is that

20   you put the phone number in with the date, the first

21   date the call was made, to a putative class member

22   that is potentially a wrong number call and see if

23   that mismatches from the account information.

24       Q.   Just to be clear.  So let's go back to our

25   March 15, 2018 call.  We thought we were calling Bob

Confidential - Attorneys' Eyes Only

Transcript of Randall Snyder
Conducted on December 18, 2018                                    87

```
1    Smith, but we know that it was actually Jane Howard
2    that had the phone at that time.  Okay?  Would
3    Lexus -- if we gave it the March 15 date or the phone
4    number, would it tell us that Jane Howard was the
5    customary user of the phone at that time and would
6    Jane Howard be the only customary user at that time?
7         A.    Yes.  And not just only.  It just matters if
8    it was a different user.  And if the phone number was
9    associated and was used by a person after Bob Smith
10   relinquished it, a wrong number call was made.
11        Q.    And how does Lexus know that Bob Smith
12   relinquished it?
13        A.    They don't.  They'll have previous data for
14   previous dates, if you request it, that's associated
15   with Bob Smith.
16        Q.    Uh-huh.
17        A.    And at some later date, it's associated with
18   another person.  So you can again, if it was
19   required -- and I don't think it is -- but if you
20   wanted to do a lookup through Lexus Nexus and provide
21   the last time Bob Smith was called accurately, and
22   the next time a call was attempted to him, which was
23   a year later, and it was a different person, you'll
24   get two pieces of data and you'll get dates
25   associated with them.  And you know that something
```

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                                    88

1    happened with that number, between the original

2    accountholder and the user of that number and the

3    wrong number that was called.  So you know that the

4    number changed hands at some point.

5         Q.   So I think you acknowledged earlier that

6    it's possible, although perhaps rare, that there

7    would be multiple users associated with a phone

8    number of Lexus at a particular time; is that right?

9         A.   That's right.  But if you -- again, if you

10   request that data from Lexus Nexus, you'll get

11   multiple hits with multiple names.  And if one --

12   let's say he comes back with five pieces of data and

13   one of them is actually the accountholder on that

14   date, but there is other names associated with that

15   number, too, we eliminate that from the class.  We

16   just say he's not a class member, because it looks

17   like there were multiple users of the phone and one

18   was the accountholder, we're actually trying to call

19   the accountholder, and that was legitimate.

20            So that's the idea, is that we look for true

21   mismatches that are a mismatch across the board.  If

22   you get a hit that's a similar name to an

23   accountholder, we eliminate that from the class.

24        Q.   Do you know whether cable companies provide

25   underlying data sources to services like Lexus Nexus

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                                    89

```
 1   and TranUnion?

 2       A.   Um, I know that those data processors

 3   advertise that -- or claim or assert, that one of

 4   their sources of data is utilities.  So the extent

 5   that a cable service can be considered a utility,

 6   just like electric or water, I believe that they can

 7   obtain some of that data, if not all of it.

 8           And I don't -- I'm not an expert in the

 9   privacy laws of individual states and all that stuff,

10   of how much data can be obtained that isn't an

11   intrusion on some privacy regulation.  But I know

12   that they advertise utilities, and, you know, a cable

13   company may be, one of them, or may not be.

14       Q.   Are you aware of -- strike that.

15           Do you know whether Lexus has the ability to

16   determine who actually answered a particular phone

17   call?

18       A.   No.  There's no way to know that unless

19   there's eye witnesses or a recording or something

20   like that, of the person physically in realtime

21   answering the phone call.  There's no --

22       Q.   It's just impossible --

23       A.   There's no independent observation of that,

24   no.  But my understanding, also, is that, you know,

25   wrong number calls aren't predicated upon who
```

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                                    90

1    answered.   It depends on whether you called the wrong

2    number or not.

3        Q.   Do you know whether Mr. Weir took any steps

4    to clean or manipulate the data that was provided by

5    the defendant, or would that be a question for

6    Mr. Weir?

7        A.   It would be a better question for him.  I

8    don't have his declaration in front of me.  I can

9    only attest to the methodology I'm familiar with and

10   what he's testified to and -- when I've just worked

11   with him in the past anecdotally.  But certainly

12   those kind of questions are more appropriate for him.

13       Q.   So I believe you testified that your

14   methodology, as executed by Mr. Weir, accounts for

15   variations in name.  Was that right?

16       A.   Yes.

17       Q.   Can you tell me how it does that?

18       A.   Yeah, he uses a couple of different software

19   products.  I don't know the names offhand, but he can

20   testify to that.  That like this similarity scoring

21   among data, that give you a probability of a match or

22   mismatch.

23            So, for instance, if you run a lot of data

24   through the software, it may result and kick out

25   10 percent of the data as being a mismatch or being a

1        A.    A lot of this looks like it mimics the call

2    log records that were produced and that he's added

3    additional information to those call logs based on

4    his analysis.  So I don't -- some of them are easy.

5    Obviously, these calls are outbound collection calls,

6    so they are outbound calls.  That's what that means.

7            You have columns like "File ID" and "UC ID,"

8    those are internal designations that I don't know

9    what they mean.

10       Q.    Do you know what the column, "Result ID,"

11   means?  That's Column L.

12       A.    Thank you.

13           I don't offhand, without looking at the

14   other evidence again.

15       Q.    Do you know what that column, "Duplicate

16   Checks," means?  That's Column O.

17       A.    No.  Those values don't make sense to me

18   under duplicate checks.

19       Q.    Do you know what "Call Date" means in Column

20   P?

21       A.    Yeah.  My understanding is that's the date

22   the call was made.

23       Q.    Do you know what "Date first" means in

24   Column Q?

25       A.    That's probably account record information

Confidential - Attorneys' Eyes Only

Transcript of Randall Snyder
Conducted on December 18, 2018                              96

```
1    from the first date of -- or when that account was
2    established.
3         Q.   With Time Warner Cable?
4         A.   With Time Warner Cable.
5         Q.   Do you know what Column R, "Match," means?
6         A.   Yeah.  I think that's -- that might be --
7    match, match.  I don't know what all of these columns
8    specifically are, but it's probably -- that's
9    something Colin put together to see if there was a
10   match or not in -- when he looked up the number so
11   that a match would mean it's not part of the class, I
12   think, in this case.
13             But I'm not sure.  You'd have to ask him
14   about each individual column and the details of it.
15        Q.   Do you know what "Straight mismatch," that's
16   Column S is?
17        A.   No.
18        Q.   Do you know what "Maxmatch first," is,
19   Column T?
20        A.   No.
21        Q.   Do you know what "Max mismatch first,"
22   Column U is?
23        A.   No.
24        Q.   "Date mismatch," Column V?
25        A.   No.
```

1      Q.    "Call mismatch," Column W?

2      A.    No.

3      Q.    "Total mismatch," Column X?

4      A.    No.

5      Q.    "First AM," Column Y?

6      A.    No.

7      Q.    How about "Single call," Column Z?

8      A.    No.  Again, this is, you know, his analysis,

9   and I opine on the methodology and I looked at his

10   summary results in his report, but the individual

11   internal details of everything is really in his value

12   book.  It's not something I analyzed.

13          MR. PRINS:  Sorry for boring you, Josh.

14   BY MR. PRINS:

15      Q.    I'd like to go back to the name-matching

16   process that Mr. Weir used.  Are you familiar -- I'm

17   you did not review the parameters and you don't know

18   the particular program he used, but are you familiar

19   generally with the sorts of inconsistencies that he

20   would have determined result in a match versus a

21   nonmatch?

22      A.    Generally he gives examples of that in his

23   report.

24      Q.    And what is your understanding of what he

25   did?

1    A.    Again, issues like Bob versus Robert in a

2    name or Bill versus William, or determining if first

3    names were the same, but maybe a maiden name changed

4    to a married name.

5         And my understanding is -- and I would

6    always recommend this in using this methodology --

7    that you be very conservative.  So even if it even

8    looks close like that -- and that's why I use the

9    software because it gives you a probability score of

10   whether multiple pieces of data match.  So that's the

11   type of -- those are examples he gives, I believe.

12   Q.    So the maiden name ones, would that be a

13   situation where, you know, our call log record might

14   say we were calling Jane Smith but Lexus is reporting

15   the customer user is Jane Howard?

16   A.    And maybe it has the same address, also, as

17   the account.  So then you have a pretty good

18   indication that that person was the actual right

19   person that was called.

20   Q.    Just so I understand.  So if Lexus is

21   reporting that the user, the customer user of the

22   phone, has the same address as our customer's

23   address, you think it's pretty likely we were calling

24   the right person?

25   A.    Generally, yes.  That's one of the pieces of

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                    101

1    number call.

2            And looking at this Exhibit 3, do you see

3    where it says customer name is ████████████.

4        A.    Yes.

5        Q.    And do you see where it says the call date

6    is 12/29/2016?

7        A.    Yes.

8        Q.    If on March 5th, 2017, somebody by the name

9    of ████████████ walked in to Bank of America and

10   opened an account with the phone number ████████

11   which you see identified in Column F; correct?

12       A.    Yes.

13       Q.    Would you agree that it's likely that this

14   was not a wrong number call?

15       A.    Well, there is other data in here.  And

16   again, I am not an expert in his analysis and how he

17   labeled everything, but Column U says, "Max mismatch

18   first."

19            It appears to me that the number changed

20   possibly in 2014.  So any call after that date would

21   have been a wrong-number call, regardless of if

22   somebody accidently used somebody else's phone number

23   at some point in time.

24       Q.    So let me give you some clear assumptions

25   just so that we're on the same page.  So just assume

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                        104

1  can always think up.  But that's not what his

2  statistical analysis is based on and that's not what

3  this analysis is based on.

4          And I think, even if we get this right, a

5  very large -- most of the time in the vast majority

6  of the cases that we're looking for for the class

7  members, if we miss one or capture one that shouldn't

8  be in there, again, it's not my understanding it's a

9  requirement that this has to be a hundred percent

10 accurate without one anomalous piece of data.

11     Q.   What percentage accuracy do you think your

12 methodology has produced?

13     A.   All I could say is a vast.  I mean, I don't

14 know an exact percentage.  And all I can tell you is

15 that, testifying in the past and being involved in

16 class action cases with many, many more records than

17 are here, that, given the same answers and the

18 understanding that these hypothetical anomalous

19 situations, anybody can make up, there's certainly no

20 evidence for those things, however, nothing is a

21 hundred percent perfect.  Absolutely nothing.  And my

22 understanding is that this doesn't have to be.

23     Q.   If your methodology was 90 percent accurate,

24 would you still consider it a reliable methodology?

25     A.   Yes.  I would consider reliable if it's over

1    50 percent, but in my experience it's more than that.

2        Q.   So an error rate, your methodology would

3    still be reliable, in your view, if its error rate

4    was 50 percent?

5        A.   Well, I shouldn't say it so flippantly like

6    that.  My experience has been that this is somewhere

7    between 90 and a hundred percent.  I have seen

8    testimony in other cases, not by Colin but from other

9    people that do his work, of a 93 to 95 percent

10   accuracy rate in getting the correct data.

11        The fact that there's 4 or 5 percent, and we

12   can think of these bizarre hypothetical situations

13   that are included in that 4 or 5 percent, it doesn't

14   impact my opinion at all.

15        So those are the numbers that I've seen

16   testified to using this methodology.  The same

17   methodology is used across the industry.  So I don't

18   know what the court accepts as reliable or not,

19   that's for them to decide.  But my experience has

20   been with the data analysts that do -- that actually

21   perform this work, they claim a very, very high

22   percentage of accuracy.

23        Q.   You've opined in this case that the

24   methodology is accurate; correct?

25        A.   Yes.

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                    106

1      Q.   And what I'm asking you, sir, is what is

2    your threshold for reliability?

3      A.   I don't have a specific statistic.  However,

4    in my appearance, I have seen this methodology

5    testified to in written testimony, depositions and

6    trial that this is well above 90 percent accurate.

7           Again, the fact that we can come up with

8    hypothetical situations, it has not been my

9    experience that those unrealistic hypothetical

10   situations make up the majority of this data.  The

11   fact that you could find a mistake or two, doesn't

12   change my opinion on the reliability.

13     Q.   Understanding that a mistake or two doesn't

14   change your impact about its reliability, that's not

15   the question I'm asking, sir.  The question I'm

16   asking is, you have testified that this methodology

17   is reliable.  And what is your criteria for

18   determining reliability?

19          MR. ARISHON:  Objection.  Asked and

20   answered.

21          THE WITNESS:  Experience with this method.

22   The fact that it's been deemed reliable by courts

23   around the country.  I don't have a particular

24   statistic in mind.  And I don't know that you could

25   actually get a very good statistic unless you queried

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                      121

```
 1    the class action administrators themselves, over 90

 2    percent accurate.

 3            Again, just because we can think of a

 4    hypothetical in one circumstance where this

 5    methodology doesn't work, that that somehow means

 6    that it doesn't work for everybody or that that's

 7    kind of the majority or that's the norm, no, that's

 8    not what I'm saying.  This methodology is going to

 9    capture the great majority of truly wrong-number

10    calls.  I'm convinced of that.

11    BY MR. PRINS:

12        Q.   But you can't put a number on what that

13    means?

14        A.   No.  But the fact that I can't put a

15    statistical number on it, it doesn't change the fact

16    that this works to my opinion, and it's been

17    empirically shown to be true.  We're not making this

18    stuff up out of nowhere.  This is a methodology

19    that's been used for many years in many class

20    actions, and it's been empirically shown to be true

21    and accepted by the courts.

22            MR. ARISHON:  Is this a good time for a

23    break?

24            MR. PRINS:  What are you guys thinking in

25    terms of food?
```

Confidential - Attorneys' Eyes Only

Transcript of Randall Snyder
Conducted on December 18, 2018                    123

1        Q.    And what's the title of that table?

2        A.    "Illustrative Examples of the Matching

3    Process."

4        Q.    And could you tell me what the header "Call

5    Date" means to you?

6        A.    That appears to be the date in the call log

7    records that a prerecorded call was made from Time

8    Warner.

9        Q.    And what about the field telephone number?

10       A.    That appears to be the telephone number that

11   was called.

12       Q.    And what about the header, "TWC Customer

13   Name"?

14       A.    That is the account holder's name for Time

15   Warner.

16       Q.    And what is Lexis customer name?

17       A.    That is the customer name they got back from

18   Lexus Nexus.

19       Q.    In other words, the customary user of the

20   phone?

21       A.    Yes, based on data they requested, they got

22   a name back for that telephone number.

23       Q.    And what does Lexus first seen date mean in

24   the next column over?

25       A.    I'm not sure of that.  That may be the first

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                    124

```
1   time or the first piece of data that Lexus collected

2   regarding this phone number.

3        Q.   But you're not sure.

4        A.   I'm not sure.

5        Q.   We would have to talk to Mr. Weir about

6   that?

7        A.   Yes.  This is his report; so he can speak to

8   that in much more detail than I can.

9        Q.   What does the header "Match" mean?

10       A.   Whether we considered in the methodology a

11  name that was obtained from Lexus Nexus as a data

12  processer matched -- or reasonably matched the

13  accountholder's name such that it was not a

14  wrong-number call.

15       Q.   So if a match is equal to yes, according to

16  the methodology, it was not a wrong-number call; is

17  that correct?

18       A.   Correct.

19       Q.   And if the match is a no, according to the

20  methodology, it is a wrong-number call; is that

21  correct?

22       A.   Correct.

23       Q.   And just looking through this table, the

24  first row, it has TW customer name, _____,

25  Lexus customer name _____ and a match yes.
```

1    And that means that this was a right-number call to

2    ███████████████ .

3        A.   Yes.

4        Q.   And that second row has a call date of

5    January 12th, 2017, we have a TWC customer name of

6    ███████████████ , a Lexus customer name of ████████

7    ████████ and a match of yes.  Did I read that

8    correct?

9        A.   Yes.

10       Q.   And that means, according to the

11   methodology, this was a correct-number call.

12   Correct?

13       A.   Correct.

14       Q.   Next line, May 11th, 2018, we have a another

15   TWC customer entry of ████████████████ , but this time,

16   Lexus customer name is showing up as ████████████████ ;

17   is that right?

18       A.   Yes.

19       Q.   And we have a match of no.  What is this

20   line telling us?

21       A.   That the call that was made intended for

22   ████████████████ on May 11th, 2018, actually went to

23   ████████████████ , who now had that number.  And the

24   first time that this information appeared in Lexus

25   Nexus's data was in February 2017.  So apparently, at

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                    127

1    person on May 11th, 2018, well over a year later, but

2    the data shows that sometime between January 12th,

3    2017 and February 6th, 2017, ███████████      no longer

4    used that number and now ███████████     it using that

5    number, and therefore, it was a wrong-number call.

6        Q.   So at the time of this May 11th, 2018 call,

7    ███████████      was no longer associated with this

8    phone number.  Is that a fair statement?

9        A.   Yes.

10       Q.   And then on the next line we have this

11   December 4th, 2014 call to ███████████.  That's

12   the TWC customer name.  Did I read that correctly?

13       A.   Yes.

14       Q.   And then we have a Lexus customer name of

15   ███████████      and a Lexus first seen date of

16   January 1, 1994, and a match set to yes.  Did I read

17   all that correctly?

18       A.   Yes.

19       Q.   And what is that row telling us?

20       A.   That's saying at the time they made the

21   call, the accountholder that was a customer user of

22   that number was still the customer user of that

23   number.

24       Q.   And going down to the next row, we have a

25   call date of February 8th, 2018, a TCW name of

1      Q.    And do you agree that these are illustrative

2   examples of the methodology you have proposed and

3   Colin Weir has implemented?

4      A.    Well, this is Colin Weir's wording.  I take

5   his wording at face value.  It says, "Illustrative

6   examples."  So it must be illustrative examples,

7   that's not an opinion of mine.  And, yeah, this is

8   using the technology -- the methodology and the

9   technology I described in my report.

10      Q.    Have you reviewed the Lexus data underlying

11   this table 1?

12      A.    No.

13      Q.    In fact, I believe you testified earlier

14   that you were haven't reviewed any Lexus data in

15   connection with this case, correct?

16      A.    That's right.  It was Colin Weir's task.

17   I'm only opining on the overall methodology.

18      Q.    Have you ever reviewed the output data from

19   the Lexus Nexus product that Mr. Weir used in any

20   case?

21      A.    Again, and you asked me that earlier today.

22   No.

23      Q.    Let's circle back to the third row, ███████

24   ██████ and ████████████.  Do you know if Mr. Weir

25   has done anything to confirm whether or not there was

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                    139

1   people.

2   BY MR. PRINS:

3       Q.   Other than considering situations where the

4   last name of the TWC customer and the Lexus customer

5   are the same, does the methodology do anything else

6   to account for whether or not the TWC customer name

7   and the Lexus customer name are married?

8       A.   Are married?  No.  It accounts for

9   misspellings, again, nicknames for formal names,

10  those types of things.  There's no way to tell the

11  relationship.

12          But what I can tell you, if ████████████

13  was called, it was a different person than ██████

14  ████████   regardless of their relationship, and the

15  wrong number was called, the wrong person that is not

16  the accountholder, was called.  It was the wrong

17  number.  They had the right number, wrong person.

18  That's what a wrong number is.

19      Q.   And that would be true even if this said

20  ████████████████    instead of ████████████████; right?

21      A.   That may well be true, and for us, again, to

22  be conservative, we're not including that in the

23  class.

24      Q.   Do you know if Mr. Weir discarded any of the

25  results that were returned by Lexus?

1      A.   I can't -- I can't -- I don't know anything

2   about Mr. Weir except what he wrote in this report;

3   so I can't guess.  I can't testify about what he did

4   or didn't do.

5      Q.   Can you please pull back up Exhibit 1, which

6   is your report in this matter; is that correct?

7      A.   Yes.

8      Q.   I'd like you to turn to paragraph 14.  It's

9   on page 5.  Are you there?

10     A.   Yes.

11     Q.   And the first sentence reads:

12          "In my experience, call logs obtained from

13   IBR systems that include thorough details of each

14   outbound call made, such as in this case, are highly

15   reliable and accurate."

16          Is that correct?

17     A.   Yes.

18     Q.   And you stand by that opinion today?

19     A.   Yes.

20     Q.   And so there's a couple of compound words in

21   this sentence; so I just want to be clear.  Are you

22   opining that IBR records in general are highly

23   reliable and accurate, that both records in general

24   and Time Warner's records are highly reliable and

25   accurate, or that just Time Warner's records are

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                                    141

1    highly reliable and accurate or something else?

2              MR. ARISHON:  Object to form.

3              THE WITNESS:  In my experience, I have never

4    seen call log records or call detail records that are

5    logged in software, into a database, after the call

6    processing is performed and the duration of the call

7    is over, a inaccurate recording of that data.  I've

8    never seen that ever.

9              I don't -- is it possible that something

10   bizarre happens somewhere, again, a weird

11   hypothetical of one in a bizillion chance?  Yeah, I

12   can't testify to everything at all.  But I'm

13   convinced that the call log data is accurate in this

14   case and overall with dialing systems and interactive

15   voice responses.

16   BY MR. PRINS:

17        Q.   Just to be clear.  It's your testimony that

18   the IBR logs that you have reviewed in this case are

19   highly reliable and accurate; correct?

20        A.   Yes.

21        Q.   What is the basis for that opinion?

22        A.   As I just explained, the call recording and

23   the information about the call is logged in a

24   database after the communications event occurs and

25   after it's finished.  So all the data about that call

1  programmed to listen to the prompts of the dual-tone,

2  multifrequency buttons on your phone to determine

3  what to do with the call.  So press 1 to talk to a

4  customer representative.  Press 2 for billing

5  information, et cetera.  So it's interactive in that

6  sense and it can be tied to other computer systems.

7          But the point is that it's an automated

8  system that's designed to, when an outbound call is

9  initiated, to be played, a recording to be played, or

10  when an inbound call comes in, the computer answers

11  the call with the voice system.

12      Q.    And do you know, is there one company that

13  makes the IVR or are there many companies that make

14  IVRs, or how does that work?

15      A.    Many.  There is many, many.

16      Q.    How many manufacturers of IVRs would you say

17  there are in your experience?

18      A.    I don't know.  Dozens and dozens.

19      Q.    And what IVR software does Time Warner Cable

20  use?

21      A.    I don't know.

22      Q.    Have you inspected the IVR platform that

23  Time Warner uses?

24      A.    No.

25      Q.    Do you know how the IVR system that Time

1    somebody says hello?

2        A.   Before.  And also before someone says hello

3    or knows the phone is ringing, the call is blocked,

4    and therefore, you don't get an alert from your phone

5    that a call came in.

6        Q.   And so why would -- if that happened, if in

7    this case we called and the call was blocked before

8    somebody said hello, why would Charter's IVR think

9    that was a live voice?

10       A.   Oh, it could be many reasons.  It could be

11   that it's programmed specifically for call blocking,

12   such that you know that when it receives a signal

13   that there was an intent to hang up and it was

14   blocked based on the call-blocking software, it

15   simply left.  It was programmed to this leave this

16   disposition in that situation.

17            Certainly, if a call is completed and

18   there's nothing else involved in the call, even if

19   you just manually dialed somebody and they had

20   call-blocking software, it would probably be recorded

21   as live voice.  That's just the default.  There's no

22   assumption here that anything else answers besides a

23   person, and this is computer systems and software

24   that determine whether it's an answering machine or

25   fax tones or those types of things.

Confidential - Attorneys' Eyes Only

Transcript of Randall Snyder
Conducted on December 18, 2018                                    160

1           So the kind of call analysis that goes on

2      is, it believes it's a live voice, but when it's

3      instantly hung up or it's instantly blocked, it has

4      no other indications.

5           I mean, this is most likely what happens in

6      this case.  The issue is that even if the attempt

7      status said answering machine, there would be a zero

8      duration of the call.  So it really doesn't matter

9      which indication it puts here in this case, the call

10     was answered and nothing else happened after it was

11     answered.  Then the call was terminated instantly.

12     Q.   And do you know how Time Warner Cable's IVR

13     is configured to deal with call-blocking

14     applications?

15     A.   Based on this hard evidence here, it's

16     designed to leave a live voice attempt status

17     probably with a call duration of zero.

18     Q.   But you're not basing that opinion on

19     anything other than this Exhibit 5; right?

20     A.   Unless you gave me a false exhibit of

21     erroneous data that you know is erroneous, this is

22     hard evidence that that is exactly how it's

23     programmed.

24     Q.   And because that blocked call would have

25     been disconnected before anything else happened on

Confidential - Attorneys' Eyes Only

Transcript of Randall Snyder
Conducted on December 18, 2018                          161

```
1    the phone, no artificial or prerecorded voice would

2    have played on that call; correct?

3        A.   That's right.

4        Q.   And do you know how often this happens in

5    Charter's IVR records, where blocked calls are being

6    reported as live voice?

7        A.   No.

8        Q.   You haven't done anything to analyze that;

9    correct?

10       A.   No.

11       Q.   Because you weren't asked to?

12       A.   I wasn't asked to.  And I leave it up to

13   Colin Weir to do the analysis of the call records and

14   I assume he wasn't asked to either.

15       Q.   Is it your experience that IVR systems -- is

16   it typically one piece of software in the IVR system

17   or is it multiple pieces of software?

18       A.    It replicated software.  This is a realtime

19   communication system and it's a one process, one

20   function.  You can make multiple calls

21   simultaneously, play the same simultaneously over

22   multiple processes, or remote multiple -- depending

23   on if the system is a voice over IP system or it's a

24   traditional trunk lines and channels.  These systems

25   are designed not to be single-threaded so it's one
```

1    call at a time doing one thing at what time, they'd

2    be very slow and inefficient.

3            So you can do multiple calls at a time, run

4    multiple campaigns at a time, leave different

5    messages under different campaigns, et cetera.

6        Q.    Do you know whether Time Warner Cable's IVR

7    systems uses a traditional trunk configuration or a

8    voice over IP configuration?

9        A.    No.  It's really immaterial to the issue.

10       Q.    Do you know whether Time Warner Cable has

11   used the same IVR software from today back through

12   2013?

13       A.    No.

14       Q.    Because you haven't --

15       A.    I haven't looked at that.  But, again, this

16   is forensic evidence, and if the call records show an

17   IRV was used, I'm not sure if it matters which system

18   was used, if they swapped out a system or bought a

19   new one, et cetera.  But the call logs clearly show

20   that an IVR was used to make these calls.

21       Q.    Would you agree that the algorithms used for

22   detecting whether something is a live voice differ in

23   some respect between the various manufacturers of IVR

24   systems; correct?

25       A.    Yeah.  Some advertise, you know, better than

1    producing erroneous data, but in my mind, this is all

2    very accurate.  There's no reason to think it isn't.

3        Q.   And you're basing that solely on your review

4    of David Zitko's deposition transcripts and your

5    general experience with IVR's; is that right?

6        A.   Yeah, and 35 years of call processing,

7    understanding technology and expertise and knowledge,

8    yes.  To tell me -- or to come up with some

9    hypothetical where what you presented me is a hundred

10   percent false and then have me come to the conclusion

11   that this is erroneous data, it's just silly to me.

12   I don't understand it.

13       Q.   Are call dispositions usually recorded in a

14   database?

15       A.   Yes.

16       Q.   What database software does Time Warner

17   Cable use?

18       A.   It doesn't matter.  Usually these dialing

19   systems have internal databases and they probably use

20   Microsoft SQL or Oracle.  Those are the two most

21   popular, large databases, but there are others

22   around.  The manufactured database software is

23   inconsequential to the fact that the data was stored

24   there and accurately reported on.

25       Q.   So you don't know what database software

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                    167

1    Time Warner Cable uses?

2        A.    That's right.  And it doesn't matter either.

3        Q.    How many pieces of software are involved in

4    time warper Cable's IVR process between when the call

5    is detected and the disposition is generated and when

6    that is actually logged into a database?

7        A.    I have no idea.  And I don't even know what

8    a piece of software means.  I could tell you what

9    functions are in software and how they're developed

10   and the processes that are run.  Probably hundreds or

11   thousands.  But that's specific to the manufacturer

12   of the software and proprietary.

13       Q.    And you have no idea what functions or

14   software Time Warner Cable is using; correct?

15       A.    From a functional standpoint, I know exactly

16   what functions they are performing.  They're using

17   call progress analysis; they are using a database

18   storage; they're using the automatic playing of

19   prerecorded voice message based on program

20   dispositions for a given campaign.  I can tell you

21   all kinds of functionality in the software.

22             Those other details of what function talks

23   to what function at a low level of software, is

24   irrelevant to my opinions of functionality here and

25   that these records must be accurate.

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                                    170

1        A.    No.

2        Q.    Has the court ever criticized you for

3   opining on the technical configuration of a dialing

4   system without having analyzed it?

5        A.    You mean inspected it?

6        Q.    Inspected it.

7        A.    Twice out of 300 cases.

8        Q.    And were you disqualified in those cases?

9        A.    No.   I've had testimony stricken.   Not

10  disqualified as an expert.

11       Q.    In which cases did you have your testimony

12  stricken?

13       A.    Leg versus Voice Media; Dominguez versus

14  Yahoo; and CBA versus Marshall.

15       Q.    Is that the three cases?

16       A.    Those are the three that I'm aware of.   I

17  was on other cases where the court disagreed with my

18  opinion but didn't strike testimony.   But I also have

19  dozens and dozens of court opinions that have said

20  the exact opposite or the same type of analysis.

21       Q.    Other than reviewing Mr. Zitko's deposition

22  transcripts and relying on your general experience

23  with IVR systems, have you done anything else to

24  verify the accuracy of Time Warner Cable's IVR

25  records?

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                    171

1        A.    No, but it would be -- I have no experience,

2    ever, in the dozens of systems I've analyzed and all

3    the analysis I've done over ten or 11 years on

4    systems like this, that these records are not

5    accurate.  I guess someone can make that contention,

6    but there is no evidence to that effect, and I'll

7    stand by my opinions, that they are accurate.

8        Q.    Are you aware of situations where IVR

9    platforms -- strike that.

10              Are you aware of situations where the call

11   progress analysis function of an IVR platform gets

12   confused about whether something is a live voice or a

13   voicemail?

14       A.    No, but that doesn't mean it can't happen,

15   and certainly it would be a software bug where

16   something like that would occur.  But that would

17   occur over a period of years.  Somebody would have

18   discovered that bug and fixed it or done something.

19   So over a period of many years and many calls were

20   made, it's hard to fathom that the system is working

21   improperly.

22       Q.    You don't know, sitting here today, how

23   frequently Time Warner Cable's IVR records have

24   dispositions that have been miscategorized as a

25   voicemail when they were actually live voices, do

1    you?

2        A.   No, but if that did happen, there are still

3    calls initiated with a prerecorded voice, regardless

4    of whether they were answered by a live voice or a

5    voicemail, and those are the ones we're counting.

6    We're counting both of those.  So even if they're

7    confused, we're going to come up with the same total

8    number.

9        Q.   And, likewise, sitting here today, you don't

10   know how frequently it happens in Time Warner Cable's

11   IVR logs, where something is recorded as a live voice

12   when it was actually an answering machine, do you?

13       A.   That's right.  But, again, let's assume they

14   were all live voice or all answering machine,

15   regardless of how that's all programmed to respond,

16   in either case the call was initiated with a

17   prerecorded voice and left a disposition based on an

18   IVR being used.  So even if the disposition code was

19   wrong, it's basically saying an IVR was used and we

20   used a prerecorded voice, please record everything as

21   a live voice or record everything as an answering

22   machine.  The count will still be the same based on

23   those calls to wrong numbers.

24       Q.   So your testimony is it doesn't matter

25   whether something was really a live voice call or an

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                                184

1    correct?

2        A.   Yes, I do.

3        Q.   And is this the reason, this paragraph 22,

4    the reason why your methodology does not rely on any

5    subpoenas to the cell phone carriers?

6        A.   That's right.  And not just in a case like

7    this, but in general.  That is an arduous task to --

8    there's about a hundred carriers, mobile carriers in

9    the U.S., not including NBOs.  We're talking about

10   little rural carriers that have one cell site and

11   things like that.  To send a list of tens of

12   thousands or hundreds of thousands of telephone

13   numbers to each one and have them perform an analysis

14   of the subscriber data, is not feasible.

15            So the other thing is, if you don't do that,

16   right, because again, even if you get subscription

17   data direct from the carrier, for a family plan that

18   has five phones on it, you only get one name.  So you

19   don't get the customer user of the phone number,

20   right, which might be in a family plan, but not

21   recorded from a business perspective from the

22   carrier.

23       Q.   And that's because it's your understanding

24   that, in the case of family plans, that the

25   subscriber of the entire family plan is typically the

Confidential - Attorneys' Eyes Only

Transcript of Randall Snyder
Conducted on December 18, 2018                               185

1    name associated with --

2        A.    In some cases there are some carriers that

3    request the name of the user, even in a family plan,

4    so it's not that business relationship but they want

5    to record that.

6              And that's also true also of a lot of

7    prepaid carriers today, because prepaid phones, they

8    can be used as burner phones.  U.S. hasn't done it

9    yet, but many countries have instituted for prepaying

10   phones, that people come in and provide

11   identification or information or they're going to cut

12   off their service, so that it can't be used

13   illegally.  So it's more typical today to see prepaid

14   carriers record information about the person buying

15   the phone.

16       Q.    But some don't require it; correct?

17       A.    Some don't require it.

18       Q.    So it's your view that using the Lexus Nexus

19   product that Mr. Weir was using, would provide more

20   accurate results than subpoenaing the carrier?

21       A.    Yes.  And that's especially because -- even

22   -- let's say I have a prepaid phone number I've had

23   for years and the carrier I'm using has no idea who I

24   am, I just top it off every month in some amount of

25   money.  But if I applied for credit or get a bank

Confidential - Attorneys' Eyes Only
Transcript of Randall Snyder
Conducted on December 18, 2018                                    196

1                     REPORTER'S CERTIFICATE

2     STATE OF NEVADA   )
                        ) SS:
3     COUNTY OF CLARK   )

4         I, Jane V. Efaw, CCR No. 601, do hereby certify:

5         That I reported the taking of the deposition of

6     the witness, RANDALL SNYDER, at the time and place

7     aforesaid;

8         That prior to being examined, the witness was by

9     me duly sworn to testify to the truth, the whole

10    truth, and nothing but the truth;

11        That I thereafter transcribed my shorthand notes

12    into typewriting and that the typewritten transcript

13    of said deposition is a complete, true and accurate

14    transcription of said shorthand notes taken down at

15    said time, and that a request has been made to review

16    the transcript.

17        I further certify that I am not a relative or

18    employee of counsel of any party involved in said

19    action, nor a relative or employee of the parties

20    involved in said action, nor a person financially

21    interested in the action.

22        Dated at Las Vegas, Nevada, this 19th day of

23    December 2018.

24

25          Jane V. Efaw, CCR #601