UNITED STATES DISTRICT COURT
for the
Southern District of New York

Hunter,
Plaintiff

v.                                                    Civil Action No. 15 Civ. 6445 (JPO)

Time Warner Cable, Inc.,
Defendant

### Affidavit of Business Records

Before me, the undersigned authority, personally appeared, Matt Rateliff, being by me duly sworn, the post as follows:

My name is Matt Rateliff, and I am the Director of Information Services of First Orion Corp. d/b/a PrivacyStar.

I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I have access to the call records of First Orion Corp. d/b/a PrivacyStar such that I can provide the information attached hereto. Attached hereto are ___3___ pages derived from the calls records from First Orion Corp. d/b/a PrivacyStar. The call records are kept by First Orion Corp. d/b/a PrivacyStar in the regular course of business, and it was the regular course of business of First Orion Corp. d/b/a PrivacyStar for an employee or representative of First Orion Corp. d/b/a PrivacyStar to assemble the attached pages to produce the information requested by subpoena in the above referenced proceeding.  The call records attached are true and correct to the best of my knowledge and belief.

_____
Matt Rateliff

STATE OF ARKANSAS

COUNTY OF PULASKI

SUBSCRIBED AND SWORN to before me this 9ᵈ day of September , 2016.

_____
Notary Public

My Commission Expires:
8/15/2020

PRIVACYSTAR_00000001

**Customer Phone Number:** [redacted]

| Caller ID Name | Caller ID Number | Activity Time | Action | Result | Call Duration | Event Data / Customer Notes |
|---|---|---|---|---|---|---|
| TIME WARNER | [redacted] | 02/06/2015 10:51:55 PM | Customer Registration | Registered | | |
| TIME WARNER | | 05/28/2015 10:35:26 AM | Missed Call | Missed | 0 | |
| TIME WARNER | | 05/28/2015 02:05:29 PM | Missed Call | Missed | 0 | |
| TIME WARNER | | 05/28/2015 03:20:21 PM | Outgoing Call | Connected | 0 | |
| TIME WARNER | | 05/28/2015 05:35:33 PM | Incoming Call | Connected | 2 | |
| TIME WARNER | | 06/04/2015 12:55:59 PM | Missed Call | Missed | 0 | |
| TIME WARNER | | 06/04/2015 04:25:56 PM | Missed Call | Missed | 0 | |
| TIME WARNER | | 06/04/2015 04:54:27 PM | Outgoing Call | Connected | 0 | |
| TIME WARNER | | 06/04/2015 07:55:55 PM | Missed Call | Missed | 0 | |
| TIME WARNER | | 06/04/2015 09:11:07 PM | Outgoing Call | Connected | 12 | |
| TIME WARNER | | 06/04/2015 09:11:34 PM | Outgoing Call | Connected | 0 | |
| TIME WARNER | | 06/04/2015 09:24:33 PM | Outgoing Call | Connected | 0 | |
| TIME WARNER | | 06/10/2015 12:01:08 PM | Missed Call | Missed | 0 | |
| TIME WARNER | | 06/10/2015 03:31:09 PM | Missed Call | Missed | 0 | |
| TIME WARNER | | 06/10/2015 07:01:10 PM | Missed Call | Missed | 0 | |
| TIME WARNER | | 06/13/2015 12:02:57 PM | Incoming Call | Connected | 170 | |
| TIME WARNER | | 06/15/2015 12:32:57 PM | Missed Call | Missed | 0 | |
| TIME WARNER | | 06/15/2015 02:22:40 PM | Blocked a Number | Number Added to Block Lis | | Additional call records not captured by PrivacyStar may exist on previous device. |
| TIME WARNER | | 06/15/2015 03:33:45 PM | Possible Mobile Device Chang | Device Switched | | |
| TIME WARNER | | 06/15/2015 04:02:58 PM | Missed Call | Missed | 0 | |
| TIME WARNER | | 06/15/2015 04:23:33 PM | Complaint Filed | Consent Given | 0 | Complaint Notes: I called and told them I wasn't the person they wanted |
| TIME WARNER | | 06/15/2015 07:33:06 PM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 06/18/2015 11:56:36 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 07/28/2015 10:16:58 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 08/01/2015 09:27:34 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 08/04/2015 11:03:21 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 08/07/2015 11:21:18 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 08/13/2015 11:54:00 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 08/18/2015 02:34:54 PM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 08/23/2015 02:16:43 PM | Incoming Call | Connected | 10 | |
| TIME WARNER | | 08/23/2015 02:18:53 PM | Complaint Filed | Consent Given | 0 | Complaint Notes: I continue to tell them that they have the wrong number but continue to call |
| TIME WARNER | | 08/24/2015 06:32:21 PM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 08/28/2015 10:01:24 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 10/28/2015 09:56:39 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 11/07/2015 02:05:25 PM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 11/13/2015 01:02:26 PM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 11/28/2015 10:12:46 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 12/02/2015 10:02:30 AM | Incoming Call | Blocked | 0 | |
| TIME WARNER | | 12/08/2015 09:46:19 AM | Incoming Call | Blocked | 0 | |

PRIVACYSTAR_00000002

CONFIDENTIAL

PRIVACYSTAR_00000003

| | | | | |
|---|---|---|---|---|
| TIME WARNER | 12/14/2015 01:23:24 PM | Incoming Call | Blocked | 0 |
| TIME WARNER | 12/28/2015 01:13:29 PM | Incoming Call | Blocked | 0 |
| TIME WARNER | 01/07/2016 01:37:54 PM | Incoming Call | Blocked | 0 |
| TIME WARNER | 01/13/2016 01:20:01 PM | Incoming Call | Blocked | 0 |
| TIME WARNER | 01/28/2016 11:20:49 AM | Incoming Call | Blocked | 0 |
| TIME WARNER | 01/28/2016 05:22:47 PM | Incoming Call | Blocked | 0 |
| TIME WARNER | 02/01/2016 12:34:56 PM | Incoming Call | Blocked | 0 |
| SCAMMER | 02/06/2016 11:26:30 AM | Incoming Call | Blocked | 0 |
| TIME WARNER | 02/09/2016 12:39:54 PM | Blocked a Number | Number Added to Block Lis | 20 |
| TIME WARNER | 02/09/2016 01:37:52 PM | Incoming Call | Connected | |
| TIME WARNER | 02/09/2016 01:41:43 PM | Complaint Filed | Consent Given | |
| | 05/31/2016 08:42:41 AM | Possible Mobile Device Chang Device Switched | | |

Complaint Notes: I have talked with people already stating that this is not my account. They were supposed to put in their notes not to contact me anymore. I just Additional call records not captured by PrivacyStar may exist on previous device.

CONFIDENTIAL

PRIVACYSTAR_00000004

Customer Phone Number: ▮▮▮▮

| Caller ID Name | Caller ID Number / Time | Action | Result | Call Duration | Event Data / Customer Notes |
|---|---|---|---|---|---|
| | 11/24/2015 04:29:53 PM | Customer Registration | Registered | | |
| TIME WARNER | 11/24/2015 04:40:33 PM | Possible Mobile Device Chang | Device Switched | | Additional call records not captured by PrivacyStar may exist on previous device. |
| TIME WARNER | 11/27/2015 09:28:44 AM | Un-block | Number Removed from Block Lis | | |
| TIME WARNER | 11/27/2015 10:25:31 AM | Missed Call | Missed | 0 | |
| TIME WARNER | 11/27/2015 10:28:46 AM | Complaint Filed | No Consent Given | | Complaint Notes: Call everyday |
| TIME WARNER | 11/27/2015 04:26:59 PM | Missed Call | Missed | 0 | |
| TIME WARNER | 11/27/2015 04:28:22 PM | Complaint Filed | No Consent Given | | |
| TIME WARNER | 12/02/2015 11:51:39 AM | Missed Call | Missed | 0 | |
| TIME WARNER | 12/02/2015 11:54:01 AM | Complaint Filed | Consent Given | | |
| TIME WARNER | 12/02/2015 05:53:06 PM | Incoming Call | Blocked | 0 | |
| TIME WARNER | 12/08/2015 11:39:15 AM | Missed Call | Missed | 0 | |
| TIME WARNER | 12/08/2015 01:35:15 PM | Outgoing Call | Connected | 0 | |
| TIME WARNER | 12/08/2015 05:40:46 PM | Missed Call | Missed | 0 | |
| TIME WARNER | 12/08/2015 05:41:49 PM | Complaint Filed | No Consent Given | | |

CONFIDENTIAL